# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES WATSON,

    Plaintiff,

v.                                                                              Case No: 8:22-cv-2066-VMC-AEP

SD CANTINA LLC,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **SD CANTINA LLC** in Tampa, Florida on the 7th day of November 2022.

                                        ELIZABETH M. WARREN, CLERK

                                        s/MB, Deputy Clerk

Copies furnished to:

Counsel of Record